UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 09-05907 MEJ |
| Plaintiffs, | **ORDER CONTINUING CMC** |
| v. | |
| DUN ENGINEERING SERVICES, | |
| Defendant. | |
| _____/ | |

The Court is in receipt of Plaintiffs' individual case management statement, filed January 10, 2011. (Dkt. #20.) Upon review of Plaintiffs' statement the Court ORDERS as follows:

1) The January 13, 2011 Case Management Conference is CONTINUED to January 27, 2011 at 10:00 a.m. in Courtroom B.

2) Defendant shall provide to Plaintiffs its portion of a joint statement by January 18, 2011, and the parties shall file a joint statement by January 20, 2011.

3) If Defendant fails to provide its portion of a joint statement, Plaintiffs shall file a status report by January 20, 2011, and the Court shall consider issuing an order to show cause.

**IT IS SO ORDERED.**

Dated: January 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge