BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, INC., a California Corporation,<br><br>Defendant. | No.   09-cv-5907 MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO RETAIN JURISDICTION FOR SIX MONTHS; REQUEST TO VACATE TRIAL DATES** |

///
///
///
///
///
///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO RETAIN JURISDICTION FOR SIX MONTHS; REQUEST TO VACATE TRIAL DATES
Case No. 09-cv-5907 MEJ

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. The parties have resolved this matter and Defendant is currently making payments pursuant to the agreed upon settlement.

Pursuant to their settlement agreement, the parties request that the Court maintain jurisdiction over this case for twelve (12) months from the date of settlement, June 15, 2011.

Trial dates have been set in this matter. With this Request for Dismissal, Plaintiffs also request that said trial dates be vacated.

Dated: June 20, 2011

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By:  /s/ Concepcion E. Lozano-Batista
               CONCEPCION E. LOZANO-BATISTA
               Attorneys for Plaintiffs

## [PROPOSED] ORDER

On June 15, 2011, counsel for Plaintiffs advised the Court that the parties had settled this case and needed an additional twenty (20) days in which to finalize a settlement agreement. The parties have now settled this matter and requested that this Court maintain jurisdiction over the settlement agreement for an additional six (6) months.

IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until June 15, 2012. The trial dates are hereby vacated.

Dated: June 27, 2011

          MARIA ELENA JAMES
          UNITED STATES DISTRICT JUDGE

119577/625110

- 2 -

NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO RETAIN JURISDICTION FOR SIX MONTHS; REQUEST TO VACATE TRIAL DATES
Case No. 09-cv-5907 MEJ

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

**PROOF OF SERVICE**
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 24, 2011, I served upon the following parties in this action:

Matt Quall
Lang Richert and Patch
5200 N Palm Ave Ste 401
Fresno, CA 93704

copies of the document(s) described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO RETAIN JURISDICTION FOR SIX MONTHS; REQUEST TO VACATE TRIAL DATES**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on June 24, 2011.

/s/ Stephanie Mizuhara
Stephanie Mizuhara

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001